**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

AUG 23 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-10395 |
| Plaintiff-Appellee, | D.C. No. 1:99-cr-00465-ACK-1 |
| v. | |
| DOUGLAS AKIRA HIRANO, AKA Kevin Higashi, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Hawaii
Alan C. Kay, District Judge, Presiding

Submitted August 17, 2022[**]

Before:     S.R. THOMAS, PAEZ, and LEE, Circuit Judges.

Douglas Akira Hirano appeals from the district court's judgment and

challenges the 8-month sentence and a special condition of supervised release

imposed upon revocation of supervised release.  We dismiss his appeal as moot.

While this appeal was pending, Hirano finished serving his 8-month

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

sentence and had his supervised release revoked again.  Because he is no longer subject to the sentence imposed by the judgment on appeal, we can provide no effective relief as to his claims of sentencing error, and we dismiss this appeal as moot.  *See United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999).

**DISMISSED.**